RYDELL v. GREENHUT & CO.

(Supreme Court, Appellate Division, First Department. November 25, 1910.)

NEGLIGENCE (§ 141*)—CONTRIBUTORY NEGLIGENCE—INSTRUCTIONS.

Defendant, in an action for negligence, is entitled to a charge that, if plaintiff was guilty of any negligence, no matter how slight, which contributed to the accident, the verdict must be for defendant.

[Ed. Note.—For other cases, see Negligence, Cent. Dig. § 383; Dec. Dig. § 141.*]

Appeal from Trial Term, New York County.

Action by Emil Rydell against Greenhut & Co. From a judgment on a verdict for plaintiff, and from an order denying a motion for new trial, defendants appeal. Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

Theodore H. Lord, for appellants.

B. L. Rich, for respondent.

PER CURIAM. The judgment and order appealed from must be reversed, and a new trial ordered, with costs to the appellants to abide the event, for the error of the court in refusing to charge that:

"If the plaintiff was guilty of any negligence, no matter how slight, which contributed to the accident, the verdict must be for the defendants."

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes